JS-6

FILED
CLERK, U.S. DISTRICT COURT

September 15, 2016.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**DONALD CHAMBERS,**

Plaintiff,

v.

**D. SEITZ, et al.,**

Defendants.

Case No. CV15-08229 SJO (JPR)

**ORDER**

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

IT IS SO ORDERED.

Dated: September 15, 2016    _____

The Honorable Jean P. Rosenbluth

1